# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

In Re:

Dennis W. Walker,                                    Case No.: 10-77574-SWR
                                                         Chapter 7
                 Debtor.                           Judge Rhodes
_____/

## SUPPLEMENTAL DISCLOSURE OF ATTORNEY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(B)

1. The undersigned represented the Debtor in this Chapter 7 case which was filed on December 16, 2010.

2. Counsel for Debtor filed an initial 2016 disclosure on December 16, 2010, at docket 6.

3. Post petition, and more specifically, post discharge, my most recent invoices to Debtor reflect that Debtor has been invoiced a total of $11,730.00 for post discharge fees and expenses. Debtor made a single payment of $3,000.00 against these invoices on March 19, 2013. Not all of the time invoiced related to services "rendered ... in connection with the case" as the post petition/post discharge debtor had other legal matters for which the undersigned was consulted. This amount does not include amounts invoiced to Tru Guide for legal services rendered to that entity. Tru Guide, was not a debtor in these proceedings, but was invoiced approximately $16,859.28 and paid a total of $10,700.00. Services rendered for Tru Guide included business matters and prosecution of an insurance claim to obtain $60,000.00 in insurance proceeds from the fire that destroyed the Tru Guide business. These amounts were previously disclosed to the Trustee (through counsel).

4. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid.

Respectfully submitted,

/s/ Kevin V.B. Schumacher                                             May 5, 2013
Kevin V.B. Schumacher (P39332)
Attorney for the Debtor
Glassen Rhead McLean Campbell & Schumacher
533 South Grand Avenue
Lansing, MI 48933
(517) 482 3800
schumacher@glassenrhead.com