# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Period Ending:** 03/31/15

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 12/16/10 (f)  
**§341(a) Meeting Date:** 01/12/11  
**Claims Bar Date:** 05/02/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  136 DURYEAS, MICHIGAN CENTER | 150,000.00 | 0.00 | | 0.00 | FA |
| 2  HINTZ ROAD, LAND CONTRACT, PURCHASER (See Footnote) | 40,100.00 | 9,900.00 | | 16,000.00 | FA |
| 3  CASH | 100.00 | 0.00 | | 0.00 | FA |
| 4  FLAGSTAR BANK | 37.93 | 0.00 | | 0.00 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGS, | 5,000.00 | 0.00 | | 0.00 | FA |
| 6  DEBTOR'S CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 7  MISC. FISHING RODS & TACKLE | 200.00 | 0.00 | | 0.00 | FA |
| 8  CENTER STAGE LANES, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 9  CERAMTECH, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10  TRU-GUIDE INC. (VALUE UNKNOWN) (See Footnote) | 8,000.00 | 1,799.00 | | 48,201.00 | FA |
| 11  WALKER BOWLING, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 12  WALKER ENTERPRISES, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13  1991 FORD 2FDLF47M8MCA47136 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14  1994 FORD | 400.00 | 400.00 | | 0.00 | FA |
| 15  1995 CADILLAC (SEIZED BY FALAHAEE) (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 16  1998 ESCORT BOAT TRAILER (SEIZED BY (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 17  1999 FREIGHTLINER vin fupcszb6xpao05061 same as asset no. 31amended 3/27/15 (See Footnote) | 2,000.00 | 2,000.00 | | 6,309.70 | FA |
| 18  1999 HAULMARK TRAILER 16HGB2222XH053255 amended 3/27/15 (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 19  2000 FORD PICK UP TRUCK TITLED TO TRU-GUIDE, POO | 3,000.00 | 0.00 | | 0.00 | FA |
| 20  2001 FREIGHTLINER SEIZED vin1fuja3cg11lh11486 | 2,000.00 | 0.00 | | 0.00 | FA |
| 21  2002 CANNONDALE 5B6BC41C2B000142 (See Footnote) | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Period Ending:** 03/31/15

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 12/16/10 (f)  
**§341(a) Meeting Date:** 01/12/11  
**Claims Bar Date:** 05/02/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 2006 HARLEY DAVIDSON FLHPI (See Footnote) | 10,000.00 | 10,000.00 | | 6,161.12 | FA |
| 23 | 1979 SLICKCRAFT BOAT (SEIZED BY FALAHEE) (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | 1996 FISHER BOAT (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | 1998 BAYLINER (SEIZED BY FALAHEE) (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 26 | COMPUTER, CHAIR AND PRINTERS | 150.00 | 0.00 | | 0.00 | FA |
| 27 | Insurance claim - Tru Guide equipment (u) (See Footnote) | Unknown | 50,000.00 | | 50,000.00 | FA |
| 28 | Insurance claim - TruGuide business interruption (u) (See Footnote) | Unknown | 10,000.00 | | 10,000.00 | FA |
| 29 | 1986 32.25 ft Genmar/ Carver boat (u) (See Footnote) | Unknown | 0.00 | | 3,000.00 | FA |
| 30 | 1973 Ford Pump (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31 | 1999 Freightliner Convential Truck Not seized duplicate of asset #17 | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Dolphin Diagnostics (u)<br>amended 4/2/15 | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 1993 Kenworth Glider vin#J611713GL (u)<br>part of sale proceeds from falahee<br>amended 4/2/15<br>amended 3/27/15 | 0.00 | 2,000.00 | | 0.00 | FA |
| 34 | 1964 Ford F-100 (u)<br>amended 4/2/15<br>amended 3/27/15 (See Footnote) | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 35 | membership in Flight Club Cloud Busters (u)<br>amended 3/27/15 | 2,960.16 | 5,000.00 | | 0.00 | 5,000.00 |
| Int | INTEREST (u) | Unknown | N/A | | 2.52 | Unknown |
| 36 | Assets Totals (Excluding unknown values) | **$233,649.09** | **$94,599.00** | | **$139,674.34** | **$7,500.00** |

RE PROP# 2   Col. 3 is calculated using Debtor's disclosures regarding value, encumbrance amount, and exemption
as claimed. Dispute exists regarding estate's rights under land contract, value, and exemption;

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Period Ending:** 03/31/15  

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 12/16/10 (f)  
**§341(a) Meeting Date:** 01/12/11  
**Claims Bar Date:** 05/02/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

value provided by Debtor appears to be understated.

RE PROP# 10    per orders 11-14-12 and 3-19-13 and per final sale approval hearing 4-15-13.  See Trustee's report of sale docket no. 99 filed 04/16/13.
see also assets #27 and #28

RE PROP# 15    See asset #17.

RE PROP# 16    seized by falahee

RE PROP# 17    Assets 15, 17, 21, 23, 24 and 25 were seized and sold per post-judgment execution.  Proceeds of execution sale turned over and all proceeds allocated to asset #17.

RE PROP# 18    burnt in March 11, 2011 fire

RE PROP# 21    See asset #17.

RE PROP# 22    notice of intent to sell docket no. 42
certificate of no response docket no. 44

RE PROP# 23    See asset #17.

RE PROP# 24    burned in 3/11/11

RE PROP# 25    See asset #17.

RE PROP# 27    see also asset #10

RE PROP# 28    see also asset #10

RE PROP# 29    REGISTRATION INFORMATION
Registration Number - 8775SZ
Registration Issue Date - 09/08/2010
VESSEL INFORMATION
Vessel Make - CARVER BOAT CORPORATION
Vessel Use - PLEASURE
Vessel Year - 1986
Vessel Type - FIBERGLASS
Length - 32.25 ft.
Propulsion Type - STERN
Fuel Type - GAS

RE PROP# 34    per auctioneer inspection

**Major Activities Affecting Case Closing:**

3/13/15 part of Motion granted  part denied D. to turnover of 1964 Ford
2/20/15 Motion to sell property filed
09/12/14 asset #2 adversary filed status conference 3/23/15; asset 329 boat adversary proceeding mediation by end of October 2014; asset #30 1973 Ford f 150 demand letter to be sent for undisclosed asset; asset #31 99 Freightliner undisclosed
03/31/14 Investigatiion continuing, claims have been reviewed. exam of Vernal Walker and Janice Walker completed; claims regarding Hintz Road property and 32' boat to be investigated further

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-77574 PJS  **Trustee:** (420470) Timothy J. Miller
**Case Name:** WALKER, DENNIS WILBERT  **Filed (f) or Converted (c):** 12/16/10 (f)
  **§341(a) Meeting Date:** 01/12/11
**Period Ending:** 03/31/15  **Claims Bar Date:** 05/02/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

October 2013 TFR withdrawn
03/30/12 valuation of business interest and investigate assets
4/13/11 investigating insu. claim
1/13/11 possible asset check for sale proceeds
3/28/13 sale of corporate stock via auction scheduled
**Re do distribution after objection to fees there was a change on Bohl amount requested ( wrong entry but it is corrected now-9/4/13)

**Initial Projected Date Of Final Report (TFR):** January 16, 2012     **Current Projected Date Of Final Report (TFR):** August 22, 2015

_____ April 21, 2015     /s/ Timothy J. Miller
Date     Timothy J. Miller

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-77574 PJS
**Case Name:** WALKER, DENNIS WILBERT

**Taxpayer ID #:** **-***6265
**Period Ending:** 03/31/15

**Trustee:** Timothy J. Miller (420470)
**Bank Name:** Rabobank, N.A.
**Account:** ******9565 - Checking Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 68,492.34 | | 68,492.34 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.06 | 68,387.28 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.80 | 68,295.48 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.95 | 68,200.53 |
| 04/16/13 | {10} | EECU - A Community Credit Union | portion of sale proceeds per sale motion | 1129-000 | 26,975.91 | | 95,176.44 |
| 04/16/13 | {10} | Belmont Equipment & Technologies | portion of sale proceeds per sale motion p/o 11/14/12 | 1129-000 | 9,685.00 | | 104,861.44 |
| 04/16/13 | {10} | Wolseley Industrial Group | portion of sale proceeds per sale motion p/o 11/14/12 | 1129-000 | 2,931.27 | | 107,792.71 |
| 04/16/13 | {10} | Wolseley Industrial Group | portion of sale proceeds per sale motion p/o 11/14/12 | 1129-000 | 7,800.00 | | 115,592.71 |
| 04/16/13 | {10} | Wolseley Industrial Group | portion of sale proceeds per sale motion p/o 11/14/12 | 1129-000 | 675.00 | | 116,267.71 |
| 04/25/13 | {10} | Robert Sutherby | balance of Tru-Guide sale | 1129-000 | 133.82 | | 116,401.53 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.61 | 116,266.92 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.80 | 116,094.12 |
| 06/05/13 | 11003 | State of Michigan | TIN 41-2236265 tax year 2011 | 2820-000 | | 208.00 | 115,886.12 |
| 06/05/13 | 11004 | State of Michigan | Tin 41-2236265 Tax Year 2013 | 2820-000 | | 995.00 | 114,891.12 |
| 06/05/13 | 11005 | U. S. Postal Service | mail 3 tax returns-$1.92, $1.92 and 1.52 | 2990-000 | | 5.36 | 114,885.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.28 | 114,730.48 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.52 | 114,548.96 |
| 10/24/13 | 11006 | John Bohl and Associates LLC | compensation for Accountants p/o 10/22/2013 | 3410-000 | | 23,422.50 | 91,126.46 |
| 10/24/13 | 11007 | John Bohl and Associates LLC | expense payment accountant p/o 10/21/13 | 3420-000 | | 274.08 | 90,852.38 |
| 12/16/13 | 11008 | Bernardi, Ronayne & Glusac, P.C. | interim compensation p/o 12/16/2013 | 3210-000 | | 15,000.00 | 75,852.38 |
| 12/16/13 | 11009 | Dennis Walker | Debtors exemption | 8100-002 | | 8,201.00 | 67,651.38 |
| 12/17/13 | 11010 | Timothy J. Miller | interim compensation p/o 12/16/13 | 2100-000 | | 5,000.00 | 62,651.38 |
| 04/22/14 | 11011 | Register of Deeds | recording fee notice of lis pendens | 3992-000 | | 14.00 | 62,637.38 |
| 07/01/14 | 11012 | Julie Beth Teicher | Payment for mediation fee adversary no 14-04412 | 3991-000 | | 200.00 | 62,437.38 |
| 07/01/14 | 11013 | Julie Beth Teicher | Fees for mediation adversary proceeding no.14-04423 | 3991-000 | | 200.00 | 62,237.38 |
| 10/16/14 | 11014 | C.B. Kaye & Associates | payment of appraiser P/O 10/15/14 | 3711-000 | | 1,245.00 | 60,992.38 |
| 10/16/14 | 11015 | C.B. Kaye & Associates | appraiser expenses p/o 10/15/14 | 3712-000 | | 242.44 | 60,749.94 |
| 10/20/14 | 11016 | Julie Beth Teicher | payment of court order mediatation related to two adv. proceedings | 3991-000 | | 200.00 | 60,549.94 |
| 10/20/14 | 11017 | Julie Beth Teicher | payment of court order mediatation related to | 3991-000 | | 200.00 | 60,349.94 |

Subtotals:  $116,693.34  $56,343.40

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Taxpayer ID #:** **-***6265  
**Period Ending:** 03/31/15  

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9565 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | two adv. proceedings payment for court ordered mediation in adv. proceeding | | | | |
| 11/06/14 | | Shelly J. Burns and Vernal Walker | pending settlement motion regarding adversary proceedings p/o 12/19/14 | | 19,000.00 | | 79,349.94 |
| | {2} | | settlement - allocation is arbitrary 16,000.00 | 1110-000 | | | 79,349.94 |
| | {29} | | settlement - allocation is arbitrary 3,000.00 | 1229-000 | | | 79,349.94 |
| 12/12/14 | 11018 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2014 FOR CASE #10-77574 B | 2300-000 | | 132.30 | 79,217.64 |
| | | | **ACCOUNT TOTALS** | | 135,693.34 | 56,475.70 | **$79,217.64** |
| | | | Less: Bank Transfers | | 68,492.34 | 0.00 | |
| | | | **Subtotal** | | **67,201.00** | **56,475.70** | |
| | | | Less: Payments to Debtors | | | 8,201.00 | |
| | | | **NET Receipts / Disbursements** | | **$67,201.00** | **$48,274.70** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Taxpayer ID #:** **-***6265  
**Period Ending:** 03/31/15  

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******66-65 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/11 | {17} | Lennon, Miller, O'Connor & Bartosiewicz, PLC | execution sale proceeds received from creditor. | 1129-000 | 6,309.70 | | 6,309.70 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,309.74 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,309.79 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,309.83 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 6,309.84 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,309.89 |
| 06/14/11 | {22} | RJ. Montgomery Associates | Auction proceeds from sale of motorcycle docket #42 | 1129-000 | ! 6,161.12 | | 12,471.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 12,471.08 |
| 07/14/11 | | To Account #**********6666 | transfer to checking to pay auctioneer p/o 7/13/11 | 9999-000 | | 1,582.68 | 10,888.40 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,888.49 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 22.29 | 10,866.20 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,866.28 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.31 | 10,840.97 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 10,841.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,841.80 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,816.80 |
| 10/20/11 | {28} | Michigan Millers Mutual Ins Co | business interruption claim | 1229-000 | 10,000.00 | | 20,816.80 |
| 10/20/11 | {27} | Michigan Millers Mutual Ins Co | business equipment claim | 1229-000 | 50,000.00 | | 70,816.80 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 70,817.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.36 | 70,762.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 70,763.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.10 | 70,608.17 |
| 12/19/11 | 1001 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2011 FOR CASE #10-77574 | 2300-000 | | 121.00 | 70,487.17 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,487.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.08 | 70,342.68 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.59 | | 70,343.27 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 153.81 | 70,189.46 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.03 | 70,050.43 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 143.54 | 69,906.89 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 138.47 | 69,768.42 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 157.28 | 69,611.14 |

Subtotals: $72,473.34 $2,862.20

{} Asset reference(s) !-Not printed or not transmitted Printed: 04/21/2015 10:19 AM V.13.23

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-77574 PJS | | Trustee: | Timothy J. Miller (420470) |
|---|---|---|---|---|
| Case Name: | WALKER, DENNIS WILBERT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******66-65 - Checking Account |
| Taxpayer ID #: | **-***6265 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.88 | 69,473.26 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 151.85 | 69,321.41 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 146.78 | 69,174.63 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 132.30 | 69,042.33 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.62 | 68,886.71 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.15 | 68,745.56 |
| 12/14/12 | 1002 | Insurance Partners Agency, Inc | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2012 FOR CASE #10-77574 | 2300-000 | | 117.11 | 68,628.45 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.11 | 68,492.34 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001042047088 20130110 | 9999-000 | | 68,492.34 | 0.00 |
| | | | ACCOUNT TOTALS | | 72,473.34 | 72,473.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 70,075.02 | |
| | | | Subtotal | | 72,473.34 | 2,398.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $72,473.34 | $2,398.32 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-77574 PJS  
**Case Name:** WALKER, DENNIS WILBERT  

**Taxpayer ID #:** **-***6265  
**Period Ending:** 03/31/15  

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******66-66 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/11 | | From Account #**********6665 | transfer to checking to pay auctioneer p/o 7/13/11 | 9999-000 | 1,582.68 | | 1,582.68 |
| 07/14/11 | 101 | R.J. Montgomery & Associates | Buyer's premium p/o 7/13/11 | 3610-000 | | 660.12 | 922.56 |
| 07/14/11 | 102 | R.J. Montgomery & Associates | advertising, removal & storage costs p/o 7/13/11 | 3620-000 | | 922.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,582.68 | 1,582.68 | $0.00 |
| | | | Less: Bank Transfers | | 1,582.68 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,582.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,582.68** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9565 | 67,201.00 | 48,274.70 | 79,217.64 |
| Checking # ****-******66-65 | 72,473.34 | 2,398.32 | 0.00 |
| Checking # ****-******66-66 | 0.00 | 1,582.68 | 0.00 |
| | $139,674.34 | $52,255.70 | $79,217.64 |

April 21, 2015  
_____  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller